# MINUTES

CASE NUMBER:         CV10-00015DAE-KSC

CASE NAME:           David Velez v. The Bank of New York Mellon, etc., et al.

ATTYS FOR PLA:       Keoni Agard, by phone

ATTYS FOR DEFT:      Amanda Jones, by phone
                     Michael Bird, by phone

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang        REPORTER:    FTR C5

DATE:    4/8/2011                 TIME:        10:35-10:38am

---

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated.

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 5/9/11.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
5/10/11, 10:45am, Final Pretrial Conference, Judge Chang
6/21/11, 9:00am, Jury Trial, Judge Ezra

Submitted by: Shari Afuso, Courtroom Manager