CADES SCHUTTE LLP

PATRICIA J. MCHENRY    4267-0
AMANDA M. JONES    8854-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-95057
Email:  pmchenry@cades.com
        ajones@cades.com

Attorneys for Defendant
BANK OF NEW YORK MELLON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID VELEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CERTIFICATE HOLDERS, CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB 10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB 10, SECURITY NATIONAL MORTGAGE CO. and DOES 1 through 20 inclusive,<br><br>    Defendants. | CIVIL NO. CV 10-00015 DAE-KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff DAVID VELEZ, Defendant THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CERTIFICATE HOLDERS, CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-HYB 10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-HYB 10, and Defendant SECURITY NATIONAL MORTGAGE COMPANY, by their attorneys, that all claims asserted by Plaintiff against Defendants are hereby dismissed with prejudice.  Each party agrees to bear their own attorneys' fees and costs incurred in this action.

This Stipulation is entered into and filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.

        AGARD & KAIAMA, LLC

        /s/ Keoni K. Agard
        KEONI K. AGARD
        DEXTER K. KAIAMA
        Attorneys for Plaintiff
        DAVID VELEZ

        CADES SCHUTTE LLP

        /s/ Amanda M. Jones
        PATRICIA J. MCHENRY
        AMANDA M. JONES
        Attorneys for Defendant
        BANK OF NEW YORK MELLON

WATANABE ING LLP

/s/ Michael C. Bird
MICHAEL C. BIRD
Attorney for Defendant
SECURITY NATIONAL MORTGAGE
COMPANY

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, April 13, 2011.



_____
David Alan Ezra
United States District Judge

David Velez v. The Bank of New York Mellon, et al.; Civil No. CV10-00015
DAE-KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE